JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-7313 GAF (JEMx) | Date | December 3, 2010 |
|---|---|---|---|
| Title | Ronald Miller v. City of Los Angeles et al | | |

| Present: The Honorable | GARY ALLEN FEESS | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

### ORDER REMANDING CASE

On August 16, 2010, Plaintiff Ronald Miller brought this suit in Los Angeles County Superior Court against Defendants City of Los Angeles, County of Los Angeles, Los Angeles Airport Police Department, Officer R. Woods, Gloria Dabbs-Mann, Mitchell Fox, Hooman Kazemi, Stacey Loomis, and Does 1–50.  (Not. of Removal, Ex. A [Compl.].)  On September 30, 2010, Defendant Woods removed the action to this Court under 28 U.S.C. § 1441(b) on the ground that Plaintiff asserted a claim arising under federal law.  (Not. ¶ 3.)

Although the caption and a heading in the complaint mention 42 U.S.C. § 1983, the substance of the complaint does not assert a claim under that federal law.  Because this Court does not appear to have federal-question jurisdiction, the Court on November 8, 2010, issued an Order to Show Cause why this case should not be remanded.  (Docket No. 5.)  The Order directed Defendants to respond by November 29, 2010, and advised that a failure to file a timely response would be deemed consent to remand.

The Court has not received a response to its Order to Show Cause.  For the reasons set forth in that order, the Court concludes that it lacks subject matter jurisdiction over this case.  The case is therefore **REMANDED** to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**